FILED
October 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Bessie Oakley, )<br>)<br>Defendant. ) | Case No. 2:08-cr-263 FCD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Bessie Oakley  Case 2:08-cr-263 FCD  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $50,000

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Probation conditions/supervision; no communication with co-defendant Barksdale [except with restraints on communication with "Barksdale"]

Issued at  Sacramento, CA  on 10/31/08    at  2:40 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge