```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )    CASE NO. 2:08-CR-263 FCD
                                 )
11            Plaintiff,         )
                                 )
12       v.                      )    ORDER TO DISMISS
                                 )
13                               )
    BESSIE OAKLEY                )
14       aka Kool-Aid            )
                                 )
15            Defendant.         )
    _____)
16
17       The United States requests leave of court to dismiss the
18  charges against the above-named Defendant (Counts 25 & 26).  Fed.
19  R. Crim. P. 48(a).  After further investigation, the undersigned
20  has concluded that the evidence would probably be insufficient to
21  obtain and sustain a conviction.  See U.S.A.M. 9-27.220.
22                                 Respectfully Submitted,
                                   McGREGOR W. SCOTT
23                                 United States Attorney
24
25  DATED:  November 18, 2008    By:  /s/ Matt Segal
                                   MATTHEW D. SEGAL
26                                 Assistant U.S. Attorney
    SO ORDERED.
27
28  DATE: November 18, 2008
                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE
```