MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-CR-263 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO DISMISS |
| | ) | |
| | ) | |
| BESSIE OAKLEY | ) | |
| aka Kool-Aid | ) | |
| | ) | |
| Defendant. | ) | |

The United States requests leave of court to dismiss the charges against the above-named Defendant (Counts 25 & 26). Fed. R. Crim. P. 48(a). After further investigation, the undersigned has concluded that the evidence would probably be insufficient to obtain and sustain a conviction. See U.S.A.M. 9-27.220.

                                    Respectfully Submitted,
                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: November 18, 2008     By:   /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney
**SO ORDERED.**


DATE: November 18, 2008

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE